**Order entered February 24, 2021**



**In The**

**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-20-01113-CV**

**PATRICIA A. SEAY-KING, Appellant**

**V.**

**KENDRICK ALFORD, Appellee**

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-08368**

**ORDER**

By letter filed February 22, 2021, appellant informs the Court that she has requested a supplemental clerk's record containing a copy of the trial court's February 8, 2021 order nonsuiting defendant's counterclaim and declaration of final judgment. To ensure the appeal proceeds timely, we **ORDER** Dallas County District Clerk Felicia Pitre to file the requested supplemental clerk's record no later than March 5, 2021. We further **ORDER** appellant to file her opening brief within thirty days of the filing of the supplemental clerk's record.

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Pitre and the parties.

/s/     ROBERT D. BURNS, III
         CHIEF JUSTICE